Northern Trust Company, Trustee et al., Appellees, v. Continental Illinois National Bank and Trust Company et al., Appellees. A. F. Gartz, Jr., and Herbert P. Crane, Appellants.

Gen. No. 40,514.

opinion filed November 26, 1940; rehearing denied December 12, 1940. Gann, Secord, Stead & McIntosh and J. Paul Kuhn, for appellants; Frederick Secord, Loy N. McIntosh, J. Paul Kuhn and Robert McClory, of counsel; Bayley, Webster, Gregory & Hunter, for certain appellees; Scott, MacLeish & Falk, for certain other appellees; Ashcraft & Ashcraft, for certain other appellees; Charles R. Webster, Tappan Gregory, Leland K. Neeves, Raymond M. Ashcraft and William H. Alexander, of counsel. Opinion by JUSTICE SCANLAN. ''Not to be published in full.''